DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN PAUL TOELLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 08-233-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| JOHN PAUL TOELLE, ) | DATE: July 11, 2008 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Edward J. Garcia |
| _____ ) | |

Defendant JOHN PAUL TOELLE, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, LAUREL D. WHITE, Assistant United States Attorney, hereby stipulate that the status conference set for June 6, 2008 be rescheduled for a status conference on Friday, July 11, 2008 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. The Federal Defenders Office was appointed on this case on May 23, 2008.

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for July 11, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 3, 2008

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Dennis S. Waks
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          JOHN PAUL TOELLE

DATED:   June 3, 2008              McGREGOR W. SCOTT
                                          United States Attorney

                                         /s/   Dennis S. Waks for
                                          LAUREL D. WHITE
                                          Assistant U.S. Attorney

**SO ORDERED.**

Dated: June 4,  2008

                                         /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Court Judge