DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN PAUL TOELLE


                IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )   CR.S. 08-233-EJG
                               )
                Plaintiff,     )   STIPULATION AND ORDER
                               )   TO EXTEND TIME FOR STATUS
       v.                      )   CONFERENCE AND EXCLUDE TIME
                               )
JOHN PAUL TOELLE,              )   DATE:  August 22, 2008
                               )   Time:  10:00 a.m.
                Defendant.     )   Judge: Edward J. Garcia
_____)


        Defendant JOHN PAUL TOELLE, by and through his counsel,

DENNIS S. WAKS, Supervising Assistant Federal Defender, and the

United States Government, by and through its counsel, LAUREL D.

WHITE, Assistant United States Attorney, hereby stipulate that

the status conference set for July 11, 2008 be rescheduled for a

status conference on Friday, August 22, 2008 at 10:00 a.m.

        This continuance is being requested because defense counsel

requires additional time to receive and review discovery, discuss

the case with the government, and pursue investigation.

        Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for August

22, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable

1

time to prepare] (Local Code T4).

DATED: July 8, 2008

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
JOHN PAUL TOELLE

DATED:  July 8, 2008                    McGREGOR W. SCOTT
                                        United States Attorney

/s/  Dennis S. Waks for
LAUREL D. WHITE
Assistant U.S. Attorney

**SO ORDERED.**

Dated: July 8,  2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court Judge

2