DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN PAUL TOELLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 08-233-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| JOHN PAUL TOELLE, | ) | DATE: October 10, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Edward J. Garcia |

         Defendant JOHN PAUL TOELLE, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, LAUREL D. WHITE, Assistant United States Attorney, hereby stipulate that the status conference set for August 22, 2008 be rescheduled for a status conference on Friday, October 10, 2008 at 10:00 a.m.

         This continuance is being requested because defense counsel will be out of state on vacation from middle September to early October. Furthermore, the defendant will require additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

         Speedy trial time is to be excluded from the date of this

1

order through the date of the status conference set for October 10, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 15, 2008

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        JOHN PAUL TOELLE

DATED:  August 15, 2008        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/  Dennis S. Waks for
                                        LAUREL D. WHITE
                                        Assistant U.S. Attorney

**SO ORDERED.**

Dated: August 20, 2008         /s/EDWARD J. GARCIA
                                        United States District Court Judge