```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JOHN PAUL TOELLE
 6

 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,      )  CR.S. 08-233-EJG
11                                 )
                    Plaintiff,     )  STIPULATION AND ORDER
12                                 )  TO EXTEND TIME FOR STATUS
         v.                        )  CONFERENCE AND EXCLUDE TIME
13                                 )
    JOHN PAUL TOELLE,              )  DATE: November 7, 2008
14                                 )  Time: 10:00 a.m.
                    Defendant.     )  Judge: Edward J. Garcia
15  _____)

16
```

17    Defendant JOHN PAUL TOELLE, by and through his counsel,
18 DENNIS S. WAKS, Supervising Assistant Federal Defender, and the
19 United States Government, by and through its counsel, LAUREL D.
20 WHITE, Assistant United States Attorney, hereby stipulate that
21 the status conference set for October 10, 2008 be rescheduled for
22 a status conference on Friday, November 7, 2008 at 10:00 a.m.
23    This continuance is being requested because defense counsel
24 was recently out of state on vacation from middle September to
25 early October.  Furthermore, the defendant will require
26 additional time to review discovery, discuss the case with the
27 government, and pursue investigation.
28    Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for November 7, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 7, 2008

        Respectfully Submitted,

        DANIEL J. BRODERICK
        Federal Defender

        /s/ Dennis S. Waks
        Supervising Assistant
        Federal Defender
        Attorney for Defendant
        JOHN PAUL TOELLE

DATED: October 7, 2008    McGREGOR W. SCOTT
        United States Attorney

        /s/  Dennis S. Waks for
        LAUREL D. WHITE
        Assistant U.S. Attorney

**SO ORDERED.**

Dated: <u>October 7</u>, 2008

        /s/ Edward J. Garcia
        EDWARD J. GARCIA
        United States District Court Judge