```
DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN PAUL TOELLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,     )<br>                              )<br>     v.                       )<br>                              )<br>JOHN PAUL TOELLE,             )<br>                              )<br>            Defendant.        )<br>_____) | CR.S. 08-233-EJG<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME FOR STATUS<br>CONFERENCE AND EXCLUDE TIME<br><br>DATE: November 21, 2008<br>Time: 10:00 a.m.<br>Judge: Edward J. Garcia |

    Defendant JOHN PAUL TOELLE, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, LAUREL D. WHITE, Assistant United States Attorney, hereby stipulate that the status conference set for November 7, 2008 be rescheduled for a status conference/change of plea on Friday, November 21, 2008 at 10:00 a.m.

    This continuance is being requested because defense counsel recently met with the attorney for the government and tentatively reached an agreement.  We need additional time to complete the plea agreement.  Furthermore, the defendant will require time to review the offer and meet with counsel.

1

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 21, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 4, 2008

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Dennis S. Waks
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          JOHN PAUL TOELLE

DATED:  November 4, 2008        McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/  Dennis S. Waks for
                                          LAUREL D. WHITE
                                          Assistant U.S. Attorney

**SO ORDERED.**

Dated: <u>November 4</u>, 2008


                                          /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Court Judge