1  DANIEL J. BRODERICK, BAR #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  ATTORNEY FOR DEFENDANT
   JOHN PAUL TOELLE

**FILED**

JAN 14 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.S. 08-233-EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXTEND AND EXCLUDE TIME |
| JOHN PAUL TOELLE, | ) | DATE: February 25, 2009 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Edward J. Garcia |

Defendant JOHN PAUL TOELLE, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, LAUREL WHITE, Assistant United States Attorney, hereby stipulate that the judgment and sentencing set for Friday, January 30, 2009 be rescheduled for Wednesday, February 25, 2009 at 10:00 a.m.

The following will be the new schedule for disclosure of the Presentence Report:

Counsel's Written Objections to the
Presentence Report shall be due no
Later Than . . . . . . . . . . . . . . . . . . February 4, 2009

The Presentence Report Shall be Filed with
the Court and Disclosed to Counsel no
Later Than . . . . . . . . . . . . . . . . . . February 11, 2009

1

```
Motion for Correction of the Presentence Report
Shall be Filed with the Court and Served on the
Probation Officer and Opposing Counsel
no Later Than  . . . . . . . . . . . . . . . February 18, 2009
```

This continuance is being requested because defense counsel requires additional time to review the report with the defendant and prepare possible objections.

DATED: January 12, 2009

                                                              Respectfully Submitted,

                                                              DANIEL J. BRODERICK
                                                              Federal Defender

                                                              /s/ Dennis S. Waks
                                                              Supervising Assistant Federal
                                                              Defender For JOHN PAUL TOELLE

DATED: January 12, 2009                LAWRENCE G. BROWN
                                                               Acting United States Attorney

                                                               /s/ Dennis S. Waks for
                                                               LAUREL WHITE
                                                               Assistant U.S. Attorney

**SO ORDERED.**

Dated: _Jan 14_, 2009

                                                          EDWARD J. GARCIA
                                                          United States District Court Judge