```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2780
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  )   2:08-CR-00233-EJG
                               )
12              Plaintiff,     )   APPLICATION FOR FINAL ORDER
                               )   OF FORFEITURE
13       v.                    )
                               )   & Order
14  JOHN PAUL TOELLE,          )
                               )
15              Defendant.     )
                               )
16  _____)
17       Plaintiff United States of America, by and through its counsel,
18  respectfully applies for entry of a Final Order of Forfeiture in the
19  above-captioned case, and in support thereof represents to the Court
20  the following facts:
21       1.  The United States hereby incorporates by reference, as
22  though fully set forth herein, all of its averments contained in its
23  Application for Preliminary Order of Forfeiture and Publication
24  Thereof filed on December 9, 2008.
25       2.  On or about December 11, 2008, the Court entered a
26  Preliminary Order of Forfeiture, forfeiting to the United States all
27  right, title, and interest of defendant John Paul Toelle, in the
28  following property:
```

FILED APR 1 0 2009 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

1

a) Sempron AMD Computer, Model # GQ3131, SN 95687K29000Q5301714;

b) One Maxtor Diamond Max Hard Drive, SN E1A6MX4; and

c) One Hitachi Deskstar Hard Drive, SN SATR2LAH.

3. Pursuant to 18 U.S.C. § 2253(b) incorporating 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

4. Beginning on December 13, 2008, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of the publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. A Declaration of Publication was filed on January 13, 2009.

5. No third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture, as follows:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of John Paul Toelle.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of

America.

    3.   The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: 3/30/09              LAWRENCE G. BROWN
                            Acting United States Attorney


                            /s/ Laurel D. White
                            LAUREL D. WHITE
                            Assistant U.S. Attorney

LAWRENCE G. BROWN
Acting United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-00233-EJG |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOHN PAUL TOELLE, | |
| Defendant. | |

WHEREAS, on or about December 11, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant John Paul Toelle forfeiting to the United States the following property:

    a) Sempron AMD Computer, Model # GQ3131, SN 95687K29000Q5301714;

    b) One Maxtor Diamond Max Hard Drive, SN E1A6MX4; and

    c) One Hitachi Deskstar Hard Drive, SN SATR2LAH.

AND WHEREAS, beginning on December 13, 2008, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

1

site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of the publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of John Paul Toelle.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 9th day of April, 2009.

EDWARD J. GARCIA
United States District Judge